Name: Noureddine EZASALI
Address: P.O. Box 84764 SD. CA. 92138
Telephone Phone: 619 846 1598
Email: nelasali@gmail.com

FILED
Dec 30 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ YC  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Noureddine EZASALI         Plaintiff(s),

v.

Scott Mcmillin, see attachment

                          Defendant(s).

Case No.: **'24CV2489 BAS JLB**
(assigned at time of filing)

**COMPLAINT**  Class action

1. Fair Housing act (42 USC 3604 et seq.)
2. 14th Amendment (42 U.S.C. 1983)
3. California Fair Housing act (Cal. Gov. Code § 12900)
   Demand for Jury Trial

I.  **RELATED CASES**

a.  Do you have other Civil Case(s) in this or any other federal court?
    ☐ Yes    ☒ No

b.  If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Defendants refuse to lease a unit for me eventhough I qualified and my credit score was 830 better than all other tenants that are all Whites.

Defendants refuse to lease the unit for me because of my National Origin, Religious belief -- and also because I was using an Assistance Voucher (section 8).

Defendants only lease units to White people only even if they are less qualified than other color people

Defendants were discriminating against Colored people including myself, violating Federal Fair Housing Act and California Fair Housing act and also violating 14th amendment Equal Protection under Law ...

This court have proper jurisdiction because it is a Federal Question.

I am unable to write this complaint properly I have requested appointment of Counsel and I reserve the right to amend this complaint.

Add insult to injury Defendants Mcmillins has just filed a lawsuit against city of San Diego last September because the city is building housing for Disadvantage people by SD Airport and the city has given Mcmillin a property worth Billions of Dollars for only $8. No good deeds go unpunished.

It is about time to stop and held these defendants escape

2

III.  **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

1. Award of litigation expenses, attorney fees when retained, and court costs per Federal Code.
2. For all damages to include compensatory and punitive damages as defendant act in an egregious manner.
3. All other relief the Court determines is warranted.

Dated: 12-09-24

Noureddine EL SALI

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

_____ 12-04-24_____     _____
Date                              Signature

                                  _____
                                  Noureddine ELASALI
                                  Printed Name

Attachment

Defendant's List:

Mark D. Memillin
C Ann Memillin
Andy Memillin
Memillin Realty, inc
Memillin, LLC
Memillin Home Construction, inc.
MCFT Holdings, LLC
DNMS Holdings, LLC
Central Valley Investors II, LLC

Lawrence D. Crandall
Nick Crandall
Andrew Parashos
Nicole Sarber
Jennifer Nicole Phillips
Torrey Pines Property Management, inc
Torrey Pines Repair & Construction, inc
Legacy Commercial Management, inc.