

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Noureddine Ecasali | Civil Action No. 24-cv-2489-BAS-JLB |
| Plaintiff, | |
| V. | |
| See attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On March 3, 2025, the Court issued an Order which, inter alia, dismissed the Complaint with leave to amend for failure to state a claim and directed Plaintiff to file an Amended Complaint by March 24, 2025. To date, Plaintiff has not filed an amended complaint, nor has she requested an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [she] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." Edwards v. Marin Park, 356 F.3d 1058, 1065 (9th Cir. 2004). Having weighed the appropriate factors, the Court concludes that dismissing this case is warranted. See Ferdik, 963 F.2d at 1260–61. Accordingly, the Court DISMISSES this action WITHOUT PREJUDICE. This case is hereby closed.

**Date:** 5/7/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M.Williams

M.Williams, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 24-cv-2489-BAS-JLB

Defendants : Scott McMillin; Mark D. McMillin; C Ann McMillin; Andy McMillin; McMillin Realty, Inc; McMillin, LLC; McMillin Home Construction, Inc.; MCFT Holdings, LLC; DNMS Holdings, LLC; Central Valley Investors II, LLC; Lawrence D. Crandall; Nick Crandall; Andrew Parashos; Nicole Sarber; Jennifer Nicole Phillips; Torrey Pines Property Management, Inc; Torrey Pines Repair & Construction, Inc; Legacy Commerical Management, Inc.